IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ULYSSES JEROME JOHNSON,
    Plaintiff,

vs.                                    CASE NO. 4:06cv396-SPM/AK

JAMES R. MCDONOUGH,
    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated October 19, 2006 (doc. 9). Plaintiff has been served with a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff does not object (doc. 10). Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.9) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the Southern District of Florida, Miami Division.

DONE AND ORDERED this 3rd day of November, 2006.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge